# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOSE A. ADAMES,<br><br>                    Plaintiff,<br>v.<br><br>ROBERT J. BIKOWSKI, JONATHAN S. PAWLYK, BRAD D. BADE, CAPT. NATHAN E. HAYNES, JODI L. TRITT, and GWENDOLYN A. VICK,<br><br>                    Defendants. | Case No. 16-CV-1010-JPS<br><br><br><br>**ORDER** |

On May 31, 2017, Plaintiff filed a motion to compel discovery responses from Defendants. (Docket #36). He seeks copies of inmate letters or grievances submitted in the last two years concerning the use of chemical spray, pepper spray, or tasers against suicidal inmates. *Id.* He also requests copies of any prison policies on these matters. *Id.*

In the motion, Plaintiff claims that he tried to "persuade" Defendants to turn over these documents over their objections, (Docket #37 at 1), but he has provided no evidence substantiating this effort. For instance, he gives no indication regarding when he communicated with opposing counsel or what was discussed. Consequently, the Court is obliged to deny his motion, since he has not demonstrated compliance with the meet-and-confer requirements of the Federal and Local Rules. *See* Fed. R. Civ. P. 37(a)(1); Civ. L. R. 37; *Williams v. Frank*, No. 06C1051, 2007 WL 1217358, at *1 (E.D. Wis. Apr. 19, 2007). The Court has already twice explained to Plaintiff the necessity of meaningful meet-and-confer efforts by the parties to avoid

judicial intervention in discovery disputes. (Docket #30, #32). His failure to heed the Court's instruction a third time cannot be overlooked.

Additionally, the Court will deny Plaintiff's pending motion for a writ of habeas corpus ad testificandum to secure his appearance at trial. (Docket #39). A firm trial date has not yet been set and the case has not proceeded past summary judgment, making such pretrial preparation premature at this time.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to compel discovery responses (Docket #36) be and the same is hereby **DENIED**; and

**IT IS FURTHER ORDERED** that Plaintiff's motion for an order to issue a writ of habeas corpus ad testificandum (Docket #39) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 14th day of July, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge